UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

COURTNEY A. BRADLEY, a living Soul )
and breathing Man and Executor for the )
Courtney-A Bradley Cestui que trust, )
                                           )
        Plaintiff, )
                                           )
    v. )                No. 4:25-cv-00254-HEA
                                           )
MISSOURI DEPT. OF SOCIAL )
SERVICES - FSD, )
                                           )
        Defendant. )

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on self-represented plaintiff Courtney A. Bradley's motion for leave to proceed in forma pauperis, which will be denied without prejudice. In his motion, plaintiff states that he is not a "poor pauper." He asserts that child support constitutes a fictitious debt arising from fraud and deception, which seems to be the basis of his lawsuit. He references 12 U.S.C. § 411 "regarding the non-existence of lawful money, recognizing only federal reserve notes." He asks the Court to "address these issues and consider [his] position."

In his attached affidavit, plaintiff states that he is a board member of "Courtney-A of the Family Bradley, and unincorporated association operating within Las Vegas, Nevada." He states he receives annual compensation of $100, and receives reimbursement and stipends for food, coverage for travel and lodging, access to a company car, and comprehensive medical, health, and life insurance coverage. He states "[t]hese benefits are provided as part of [his] role and duties as a board member and are intended to support [his] participation and contributions to the association's activities."

The Court will deny without prejudice plaintiff's motion for leave to proceed in forma pauperis. Without any information regarding plaintiff's finances, the Court is unable to determine

...
...

whether he qualifies for in forma pauperis status. *See* 28 U.S.C. § 1915(a). To proceed in this case, plaintiff must either pay the $405 filing fee or complete the Court's form application to proceed in district court without prepaying fees and costs in its entirety. The Court will give plaintiff twenty-one days to either pay the fee or file the form. If plaintiff does not timely comply with this Order, the Court will dismiss this action without prejudice and without further notice to plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is **DENIED without prejudice**. [ECF No. 2]

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail plaintiff the Court's form application to proceed in the district court without prepayment of fees and costs.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $405 filing fee or complete the application to proceed in the district court without prepayment of fees and costs in its entirety within twenty-one days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to plaintiff.

Dated this 5th day of March, 2025.

                                              HENRY EDWARD AUTREY
                                       UNITED STATES DISTRICT JUDGE